UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

EL HADJI SERIGNE VILANE,

               Petitioner,

v.

KEVIN RAYCRAFT et al.,

               Respondents.

_____/

Case No. 1:26-cv-1615

Honorable Paul L. Maloney

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.


Dated:    June 12, 2026                    /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                For the Honorable Paul L. Maloney
                                                United States District Judge